No. 65382.—Joseph Dixon Crucible Co. *v.* United States, protest 60/10023 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of amorphous graphite the same in all material respects as that the subject of *The Asbury Graphite Mills, Inc., et al.* v. *United States* (42 Cust. Ct. 141, C.D. 2077), the claim of the plaintiff was sustained.

No. 65383.—Pacific Import Co., Inc., and Reliance Merchandise Co., Inc. *v.* United States, protests 60/21403 and 60/21347 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

No. 65384.—Air Express International Corp. *v.* United States, protest 60/14033 (San Francisco).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65385.—Aut Customs Brokers, Inc. *v.* United States, protests 60/20396, etc. (New York).

Opinion by JOHNSON, J. Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65386.—J. J. Boll *v.* United States, protest 60/20485 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.